IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHANNON JACKSON,
TRENDAL PRICE, and
BTL ENTERTAINMENT,

        Plaintiffs,

v.                                                                                                                    No. 15-cv-0951 CG-SMV

CURRY COUNTY, LANCE A. PYLE,
MATT MURRAY, COMCAST SPORTS
VENTURES, GLOBAL SPECTRUM OF
NEW MEXICO, L.L.C., and
GLOBAL SPECTRUM, L.P.,

        Defendants.[1]

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      February 10, 2016, at 1:30 p.m.

**Matter to be heard**:    Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **February 10, 2016, at 1:30 p.m**. Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                                     **STEPHAN M. VIDMAR**
                                                                     **United States Magistrate Judge**

---

[1] Global Spectrum of New Mexico, L.L.C. was voluntarily dismissed with prejudice by Plaintiffs on January 14, 2016. [Doc. 16].

[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.