IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**SHANNON JACKSON,**
**TRENDAL PRICE, and**
**BTL ENTERTAINMENT,**

      **Plaintiffs,**

v.                                                                                         No. 15-cv-0951 MV/SMV

**CURRY COUNTY, LANCE A. PYLE,**
**MATT MURRAY, COMCAST SPORTS**
**VENTURES, GLOBAL SPECTRUM OF**
**NEW MEXICO, L.L.C., and**
**GLOBAL SPECTRUM, L.P.,**[1]

      **Defendants.**

## ORDER GRANTING CURRY COUNTY DEFENDANTS' MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

THIS MATTER is before the Court on Defendants Curry County, Curry County Manager Lance A. Pyle, and former Curry County Sheriff Matt Murray ("Curry County Defendants") Opposed Motion for Leave to File First Amended Answer [Doc. 24], filed March 17, 2016. The Honorable Martha Vázquez, United States District Judge, referred this motion to me. [Doc. 27]. Plaintiffs have filed no response in opposition, and the time for doing so has passed. Pursuant to D.N.M.LR-Civ. 7.1(b), Plaintiffs' failure to timely respond constitutes their consent to grant the motion. Accordingly, the motion will be granted.

---

[1] Global Spectrum of New Mexico, L.L.C. was voluntarily dismissed with prejudice by Plaintiffs on January 14, 2016. [Doc. 16].

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Curry County Defendants' Opposed Motion for Leave to File First Amended Answer [Doc. 24] is **GRANTED**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**