IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**SHANNON JACKSON,**
**TRENDAL PRICE, and**
**BTL ENTERTAINMENT,**

    Plaintiffs,

v.   No. 15-cv-0951 MV/SMV

**CURRY COUNTY, LANCE A. PYLE,**
**MATT MURRAY, COMCAST SPORTS**
**VENTURES, GLOBAL SPECTRUM OF**
**NEW MEXICO, L.L.C., and**
**GLOBAL SPECTRUM, L.P.,**[1]

    Defendants.

## ORDER SETTING TELEPHONIC
## SECOND RULE 16 SCHEDULING CONFRENCE

A Second Rule 16 initial scheduling conference will be held by telephone on **December 12, 2018, at 9:30 a.m.** The parties must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The parties will cooperate in preparing an updated Joint Status Report and Provisional Discovery Plan ("JSR"), following the sample JSR available at the Court's web site. The parties are to fill in the blanks for proposed dates, bearing in mind that the time allowed for discovery is generally 120 to 180 days from the date of the Rule 16 initial scheduling conference. Plaintiffs are responsible for filing the JSR no later than **December 5, 2018**. At the conference, counsel must be prepared to discuss the JSR; all claims and defenses; initial disclosures; discovery requests and scheduling; issues relating to the

---

[1] Global Spectrum of New Mexico, L.L.C., was voluntarily dismissed with prejudice by Plaintiffs on January 14, 2016. [Doc. 16].

disclosure, discovery, and preservation of electronically stored information; the timing of expert disclosures and reports under Rule 26(a)(2);[2] and the use of scientific evidence and whether it is anticipated that a *Daubert*[3] hearing will be needed. Parties represented by counsel need not attend.

Additionally, parties must be prepared to discuss the status of discovery and whether to schedule a settlement conference. Counsel are reminded to have their calendars available for the hearing, as well as the calendar of any other person whose presence will be required at the settlement conference.

**IT IS THEREFORE ORDERED** that the deadlines shall be as follows:

| | |
|---|---|
| **Updated JSR filed by:** | December 5, 2018 |
| **Telephonic Second Rule 16 Initial Scheduling Conference:** | December 12, 2018, at 9:30 a.m. |

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[2] In preparing the JSR, counsel should be familiar with the Rule 26 requirements concerning disclosure of expert testimony for witnesses who do not provide a written report. *See* Fed. R. Civ. P. 26(a)(2)(C).

[3] *See Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 590–92 (1993).